IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| BOWSER JR., DONALD JAMES | ) | Case No. 02-08804-PHX CGC |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| _____Debtor(s)___ ) | | U.S. BANKRUPTCY COURT |

ROBERT P. ABELE, Trustee , reports that the following dividend checks have been issued and not presented for payment, and more than ninety days have elapsed from the date of issuance:

| CK# | DATE ISSUED | CREDITOR'S NAME & ADDRESS | AMOUNT |
|---|---|---|---|
| 10102 | 06/01/10 | FLEET CREDIT CARD SERVICES<br>P.O. BOX 1016<br>HORSHAM, PA 19044 | $98.36 |

The Trustee asks that an order be entered pursuant to Sec.347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $98.36 to the Clerk of Court to be deposited in the Registry thereof.

| | |
|---|---|
| ____11/3/10____ | /s/ Robert P. Abele_____ |
| DATE | ROBERT P. ABELE, Trustee |